JOHN F. HENRY AND OTHERS, APPELLANTS, *v.* JOSEPH H.
SCHENCK, RESPONDENT.

Order modified as directed in opinion, and affirmed as modified,
without costs.

Opinion PER CURIAM.

---

IN THE MATTER OF LIVERRE.

IN THE MATTER OF WALLACE.

IN THE MATTER OF STRIKER AND OTHERS.

Orders affirmed, with $10 costs, and disbursements.

---

WERTHEIM *v.* PAGE.

Motion for reargument denied.

---

CHASE *v.* JACKSON.

Order affirmed, with $10 costs, and disbursements.